```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  MEGHAN CLAIR
    Certified Student Attorney
 4  Designated Counsel for Service
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7  Attorney for Defendant
    DANIEL C. ZAMORANO
 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  No. 2:12-mj-00334-CKD
                                   )
13              Plaintiff,         )
                                   )  STIPULATION AND ORDER
14       v.                        )  TO VACATE BENCH TRIAL AND SET A
                                   )  STATUS CONFERENCE
15  DANIEL C. ZAMORANO,            )
                                   )
16              Defendant.         )  Date:  March 14, 2013
                                   )  Time:  9:30 a.m.
17  _____)  Judge: Hon. Carolyn K. Delaney

18
```

19       The United States Attorney through his respective counsel, CHRIS

20  CHANG, Special Assistant United States Attorney, and LINDA C. HARTER,

21  Chief Assistant Federal Defender, Attorney for DANIEL C. ZAMORANO, and

22  Certified Student Attorney, MEGHAN J. CLAIR, hereby stipulate to vacate

23  the Bench Trial set for February 8, 2013 and set a Status Conference

24  hearing for March 14, 2013 at 9:30 a.m. before Magistrate Judge Carolyn

25  K. Delaney.

26       The parties stipulate that for the purpose of computing time under

27  the Speedy Trial Act, the Court should exclude time from the date of this

28  order through March 14, 2013 for defense preparation and investigation.

Specifically, Defense Counsel needs additional time to obtain documents relating to Mr. Zamorano's medical history. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Rule T4].

Dated:   January 16, 2013            Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /s/ Linda C. Harter
                                     LINDA C. HARTER
                                     Chief Assistant Federal Defender
                                     Attorney for Defendant
                                     DANIEL C. ZAMORANO

                                     /s/ Meghan J. Clair
                                     MEGHAN J. CLAIR
                                     Certified Student Attorney

Dated: January 16, 2013              BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Chris Chang
                                     CHRIS CHANG
                                     Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: January 16, 2013              /s/ Carolyn K. Delaney
                                     HON. Carolyn K. Delaney
                                     United States Magistrate Judge

Stipulation and Order            -2-