BENJAMIN B. WAGNER
United States Attorney
CHRIS CHANG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-MJ-00334-CKD |
| ) | |
| Plaintiff, ) | ORDER VACATING STATUS CONFERENCE |
| ) | AND SETTING CHANGE OF PLEA |
| v. ) | |
| ) | Date:    April 18, 2013 |
| DANIEL C. ZAMORANO, ) | Time:    9:30 a.m. |
| ) | Judge:   Hon. Carolyn K. Delaney |
| Defendant. ) | |
| _____ ) | |

It is hereby ordered that the status conference set for April 18, 2013 at 9:30 a.m. is VACATED.  It is further ordered that a change of plea is set for April 25, 2013, at 9:30 a.m.

IT IS SO ORDERED.


Dated: April 17, 2013          /s/ Carolyn K. Delaney
                               HON. CAROLYN K. DELANEY
                               United States Magistrate Judge